ACCEPTED
15-25-00013-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 10:04 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00013-CV

FILED IN
15TH COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 10:04:51 AM
CHRISTOPHER A. PRINE
Clerk

# In the Fifteenth Court of Appeals
# Austin, Texas

**The State of Texas, et al.,**

Appellants,

*v.*

**Broadmoor Austin Associates,**
**a Texas joint venture,**

Appellee.

On Appeal from the 455th Judicial District of Travis County,
No. D-1-GN-23-007899

## Unopposed Motion for Extension of time to File Appellee's Brief

1.     Appellee Broadmoor Austin Associates asks the Court to grant it a 30-day extension of time to file the Brief of Appellee in this appeal.

2.     The current due date is April 7, 2025. The new due date would be May 7, 2025.

3.     Appellee does not seek this extension for delay.

4.     This is the first extension Appellee has sought for its brief.

5. Appellants do not oppose this extension.

6. The following grounds provide additional good cause for extending the time to file the Appellee's brief:

- Lead appellate counsel for Appellee is new to this case and an extension would allow sufficient time to review the record from the proceedings below and address the issues on appeal.

- Lead appellate counsel for Appellee has been and continues to be engaged in other litigation with significant time commitments that make it impracticable to complete Appellee's brief by the current deadline, including preparing a petition for rehearing en banc in *Attia v. Oura Ring, Inc.*, No. 24-2622 (9th Cir.), currently due April 4; preparing a plea to the jurisdiction in a matter in which counsel has not yet appeared; and preparing a response to a petition for a writ of mandamus in a case in counsel has not yet appeared.

- Additional counsel for Appellee have likewise been engaged in other litigation with significant time commitments, including preparation for trial set for March 24 but ultimately continued in *CW Park Oaks, LLC v. Bexar Appraisal District*, No. 2023-CI-15912 (37th Dist. Ct. Bexar Cnty.); taking depositions and preparing various discovery filings during the weeks March 24 and March 31 *Summit Sky Advisory, LLC v. Eastern Airlines, LLC*, No. 1:23-CV-1332 (W.D. Tex.); and preparing for a trial set for April 7, in *Forest Oaks Living, LLC v. Bexar Appraisal District*, No. 2023-CI-15777 (224th Dist. Ct. Bexar Cnty.).

## Conclusion and Prayer

For these reasons, Appellee requests a 30-day extension of time to file Appellee's Brief, to May 7, 2025.

Respectfully submitted,

**Scott Douglass & McConnico LLP**

Jason R. LaFond
State Bar No. 24103136
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300
jlafond@scottdoug.com

*Counsel for Appellee*

## Certificate of Conference

I certify that on March 28, 2025, I conferred by e-mail with Alyssa Bixby-Lawson, counsel for Appellants, who represented that Appellants does not oppose the relief sought through this motion.

Jason R. LaFond

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michaelle Peters on behalf of Jason LaFond
Bar No. 24103136
mpeters@scottdoug.com
Envelope ID: 99005269
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Appellee's Brief
Status as of 3/28/2025 10:09 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michaelle Peters | | mpeters@scottdoug.com | 3/28/2025 10:04:51 AM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 3/28/2025 10:04:51 AM | SENT |
| Susie Smith | | ssmith@scottdoug.com | 3/28/2025 10:04:51 AM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 3/28/2025 10:04:51 AM | SENT |
| Kemp Kasling | | kkasling@kaslinglaw.com | 3/28/2025 10:04:51 AM | SENT |
| Angie Espinoza | | aespinoza@scottdoug.com | 3/28/2025 10:04:51 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 3/28/2025 10:04:51 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 3/28/2025 10:04:51 AM | SENT |

Associated Case Party: Broadmoor Austin Associates, a Texas Joint Venture

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sara W.Clark | | sclark@scottdoug.com | 3/28/2025 10:04:51 AM | SENT |
| Casey Dobson | | cdobson@scottdoug.com | 3/28/2025 10:04:51 AM | SENT |